**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02783-RM-MJW

ROXANNE RUSSELL,

    Plaintiff,

v.

USA,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Courtroom Minutes (Doc. 31) entered on February 2, 2017 it is

ORDERED that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 27) is granted.  It is

FURTHER ORDERED that this case is dismissed without prejudice.

FURTHER ORDERED that judgment is entered in favor of Defendant, United States of America, and against Plaintiff, Roxanne Russell.

Dated at Denver, Colorado this 2nd day of February, 2017.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:  s/  C. Pearson
                C. Pearson
                Deputy Clerk